AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LABORERS' PENSION FUND AND LABORERS'
WELFARE FUND OF THE HEALTH AND
WELFARE DEPARTMENT, ETC., ET AL.,

V.

DIAMOND CONCRETE SPECIALIST, INC.

CASE NUMBER: 08CV2830 RCC
JUDGE LEFKOW

ASSIGNED JUDGE: MAGISTRATE JUDGE ASHMAN

DESIGNATED
MAGISTRATE JUDGE:

**RECEIVED**
JUN 1 1 2008
JESSE WHITE
SECRETARY OF STATE

TO: (Name and address of Defendant)

Diamond Concrete Specialist, Inc.
c/o Joseph H. Bruckman, Registered Agent
14458 Karlov St.
Midlothian, IL 60445

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Wallace, Jerrod Olszewski
Christina Krivanek, Amy N. Carollo, Charles Ingrassia
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

May 16, 2008
Date

| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 6554-044-4 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br>**FILED**<br>JUN 11 2008<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>Date: 06-11-08<br>Filing Fee: $10<br>Approved: [signature] |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   Laborers Pension Fund, et al. _____ first named plaintiff

   v.

   Diamond Concrete Specialist, Inc. _____ first named defendant

   Number 08 CV 2830

2. Name of corporation being served: Diamond Concrete Specialist, Inc.

3. Title of court in which an action, suit or proceeding has been commenced: USDC, N. Dist. E. Div.

4. Title of instrument being served: Summons and Complaint

5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____ Month & Day, _____ Year; the conditions of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____ Month & Day, _____ Year.

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: c/o J. Bruckman, Reg. Agt, 14458 Karlov St., Midlothian, IL 60445

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   June 10, 2008

   [signature] Patrick T Wallace
   Signature of Affiant

   ( 312 ) 692-1540
   Telephone Number

   **TENDERED CHICAGO CORP. DEPARTMENT**
   JUN 11 2008
   ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

Return to (please type or print clearly):

Fund Counsel, Laborers Pension Fund
Name

111 W. Jackson Blvd., Suite 1415
Street

Chicago, IL 60604
City/Town    State    ZIP

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10