**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| Plaintiffs, | ) | **Case No.:  08 C 2830** |
| v. | ) | |
| | ) | **Judge Lefkow** |
| **DIAMOND CONCRETE SPECIALIST, INC.,** | ) | |
| an Illinois corporation, | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Diamond Concrete Specialist, Inc.
        c/o Joseph H. Bruckman, Registered Agent
        14458 Karlov St.
        Midlothian, IL   60445

        Diamond Concrete Specialist, Inc.
        c/o Richard Lundy
        14445 Kedvale
        Midlothian, IL   60445-2716

    PLEASE TAKE NOTICE that at 9:00 a.m. on Thursday, July 31, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Joan Humphrey Lefkow, Room 1925, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Order of Default Judgment in Sum Certain, a copy of which is herewith served upon you.

July 22, 2008                                                               Laborers Pension Fund, et al.

                                                                                    By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

### PROOF OF SERVICE BY MAIL

    The undersigned certifies that on this 22nd day of July 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                                                    /s/ Patrick T. Wallace