**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| **Plaintiffs,** | ) | **Case No.:  08 C 2830** |
| **v.** | ) | |
| | ) | **Judge Lefkow** |
| **DIAMOND CONCRETE SPECIALIST, INC.,** | ) | |
| **an Illinois corporation,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

To:    Diamond Concrete Specialist, Inc.
c/o Joseph H. Bruckman, Registered Agent
14458 Karlov St.
Midlothian, IL   60445

Diamond Concrete Specialist, Inc.
c/o Richard Lundy
14445 Kedvale
Midlothian, IL  60445-2716

PLEASE TAKE NOTICE that at 9:00 a.m. on Thursday, July 31, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Joan Humphrey Lefkow, Room 1925, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Order of Default and to Compel an Audit, a copy of which is herewith served upon you.

July 22, 2008                                    Laborers Pension Fund, et al.

By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 22nd day of July 2008 he served this notice to the above addressee(s) via U.S. Mail.

/s/ Patrick T. Wallace