**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| Plaintiffs, | ) | **Case No.: 08 C 2830** |
| v. | ) | |
| | ) | **Judge Lefkow** |
| **DIAMOND CONCRETE SPECIALIST, INC.,** | ) | |
| **an Illinois corporation,** | ) | |
| Defendant. | ) | |

## AMENDED NOTICE OF MOTION (PREVIOUSLY FILED)

To:   Diamond Concrete Specialist, Inc.
       c/o Joseph H. Bruckman, Registered Agent
       14458 Karlov St.
       Midlothian, IL   60445

       Diamond Concrete Specialist, Inc.
       c/o Richard Lundy
       14445 Kedvale
       Midlothian, IL   60445-2716

       PLEASE TAKE NOTICE that at **9:30 a.m.** on Thursday, July 31, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Joan Humphrey Lefkow, Room **1719**, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Order of Default and to Compel an Audit, a copy of which is was previously filed and served upon you.

July 28, 2008                                                            Laborers Pension Fund, et al.

                                                                                By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL   60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

   The undersigned certifies that on this 28TH day of July 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                                                /s/ Patrick T. Wallace