

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2830 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Laborers' Pension Fund, et al. vs. Diamond Concrete Specialist, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/2/2008 at 9:30 a.m. Motion hearing held. Plaintiffs' motion for order of default and to compel an audit [13] is granted. Enter Order. Defendant is found to be in default. Defendant is to submit its books and records for an audit.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

FILED 2008 AUG -4 AM 8:10    U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|