IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>    Plaintiffs,<br>v.<br><br>DIAMOND CONCRETE SPECIALIST, INC., an Illinois corporation,<br><br>    Defendant. | Case No.: 08 C 2830<br><br>Judge Lefkow |

## ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds ("Funds") Order of Default and to Compel an Audit, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1.    That Defendant Diamond Concrete Specialist, Inc. is in default.

2.    The Company is hereby directed to promptly submit its books and records for an audit by the Funds for the period of July 6, 2007 forward.

3.    The Company is hereby directed to obtain and maintain a surety bond in accordance with the terms of the collective bargaining agreement.

FURTHER, the Court retains jurisdiction to enter judgment in sum certain upon the completion of the audit, plus attorneys' fees and expenses and such other and further relief as may be just and appropriate.

ENTER:

_____
The Honorable Joan Humphrey Lefkow
United States District Court Judge

Dated: **JUL 3 1 2008**