**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| Plaintiffs, | ) | **Case No.:  08 C 2830** |
| v. | ) | |
| | ) | **Judge Lefkow** |
| **DIAMOND CONCRETE SPECIALIST, INC.,** | ) | |
| an Illinois corporation, | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:    Diamond Concrete Specialist, Inc.
       c/o Joseph H. Bruckman, Registered Agent
       14458 Karlov St.
       Midlothian, IL   60445

       Diamond Concrete Specialist, Inc.
       c/o Richard Lundy
       14445 Kedvale
       Midlothian, IL  60445-2716

       PLEASE TAKE NOTICE that at 9:30 a.m. on Thursday, August 28, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Joan Humphrey Lefkow, Room 1925, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Rule to Show Cause, a copy of which is herewith served upon you.

August 21, 2008                                             Laborers Pension Fund, et al.

                                                            By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

       The undersigned certifies that on this 21st day of August 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                            /s/ Patrick T. Wallace