

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2830 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Laborers' Pension Fund, et al. vs. Diamond Concrete Specialist, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on plaintiffs' motion for rule to show cause [20].  Enter Order.  Rick Landy shall appear before this court on 10/7/2008 at 9:30 a.m. to show cause why defendant should not be adjudged guilty of and punished for contempt of court for failure to comply with this court's July 10, 2008 Order.

■ [ For further detail see separate order(s).]                                    Docketing to mail notices.

00:03

FILED-E30
2008 SEP -4  PM 4:37
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|