

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LABORERS' PENSION FUND, et al., )
        Plaintiffs, )   Case No.: 08 C 2830
v. )
   )   Judge Lefkow
DIAMOND CONCRETE SPECIALIST, INC., )
an Illinois corporation, )
        Defendant. )

## ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds ("Funds") for Rule to Show Cause, due notice having been given, and the Court being fully advised in the premises,

1.    This Court preliminarily finds that Defendant Diamond Concrete Specialist, Inc. has failed to comply with this Court's Order dated July 31, 2008.

WHEREFORE, IT IS HEREBY ORDERED that Rick Lundy, on behalf of Diamond Concrete Specialist, Inc. shall appear before this Court on _Oct - 7_, 2008, at _9:30_ a.m., to show cause, if any, why Defendant should not be adjudged guilty of and punished for contempt of Court for its failure to comply with this Court's July 10, 2008 Order.

ENTER:

The Honorable Joan Humphrey Lefkow
United States District Court Judge

Dated: _8-28-08_